CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

**JAN 2 5 2006**

JOHN F. CORCORAN, CLERK
BY:
          DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## ROANOKE DIVISION

| | | |
|---|---|---|
| NATHAN WILSON, | ) | Civil Action No. 7:06cv00062 |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| WARDEN DAVID ROBINSON, <u>et al.</u>, | ) | By: Samuel G. Wilson |
|     Defendants. | ) | United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby **ORDERED** and **ADJUDGED** that this action is **DISMISSED** pursuant to 28 U.S.C. § 1915A(b)(1), all other motions are hereby **DENIED** as **MOOT**, and this matter shall be **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send certified copies of this Order and accompanying Memorandum Opinion to the plaintiff and counsel of record for the defendants, if known.

**ENTER**: This 25th day of January, 2006.

_____
United States District Judge