CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JAN 2 5 2006

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

NATHAN WILSON,                         )
    Plaintiff,                         )    Civil Action No. 7:06cv00062
                             )
v.                         )    **FINAL ORDER**
                             )
WARDEN DAVID ROBINSON, et al.,         )    By: Samuel G. Wilson
    Defendants.                         )    United States District Judge

In accordance with the Memorandum Opinion entered this day, it is hereby **ORDERED**

and **ADJUDGED** that this action is **DISMISSED** pursuant to 28 U.S.C. § 1915A(b)(1), all other

motions are hereby **DENIED** as **MOOT**, and this matter shall be **STRICKEN** from the active

docket of the court.

The Clerk of the Court is directed to send certified copies of this Order and

accompanying Memorandum Opinion to the plaintiff and counsel of record for the defendants, if

known.

    **ENTER**: This 25th day of January, 2006.

                  United States District Judge